Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL II

| | | |
|---|---|---|
| DINAH L. VALDÉS VERGARA<br><br>Apelante | | *APELACIÓN* procedente del Tribunal de Primera Instancia, Sala de Familia y Menores de Bayamón |
| | KLAN202400838 | Caso Núm. BY2023RF00358 |
| EX PARTE | | Sala: 3005 |
| | | Sobre: DECLARACIÓN DE INCAPACIDAD Y NOMBRAMIENTO DE TUTOR |

Panel integrado por su presidente, el Juez Bermúdez Torres, la Jueza Martínez Cordero y el Juez Cruz Hiraldo.

Cruz Hiraldo, Juez Ponente.

### SENTENCIA

En San Juan, Puerto Rico, a 30 de septiembre de 2024.

Comparece ante nos, la señora Dinah L. Valdés Vergara, (en adelante, señora Valdés Vergara o parte apelante), quien presenta recurso de apelación en el que solicita la revisión de una *Sentencia* dictada por el Tribunal de Primera Instancia, Sala Superior de Bayamón, (en adelante, TPI), emitida y notificada el 8 de julio de 2024.[1]  En la Sentencia apelada, el TPI ordenó el archivo sin perjuicio de la acción de epígrafe. El 22 de julio de 2024, la parte apelante solicitó *Reconsideración.*[2] Posteriormente, el 16 de agosto de 2024, el foro de origen declaró *No Ha Lugar* la solicitud de *Reconsideración.*[3]

Examinada la comparecencia de la parte peticionaria, así como el estado de derecho aplicable, procedemos a *desestimar* el

---

[1] Apéndice I del Recurso de Apelación, págs. 1-3.
[2] Apéndice II del Recurso de Apelación, págs. 1-3.
[3] Apéndice III del Recurso de Apelación, pág. 8

Número Identificador

SEN2024 _____

recurso mediante los fundamentos que expondremos a continuación.

**-I-**

El caso de epígrafe se radicó el 3 de marzo de 2023, en el cual la parte apelante solicitó mediante un procedimiento *Ex Parte* la incapacidad de su hermano, el señor Allan Clay Vergara Ramos.[4] Es menester destacar que, la señora Valdés Vergara no es residente de la jurisdicción del Estado Libre Asociado. Arguyó que, advino a ser tutora del señor Vergara Ramos mediante disposición testamentaria de su fenecida madre.[5]

Luego de varios trámites procesales y el incumplimiento de la señora Valdés Vergara, el 16 de febrero de 2024 el Tribunal de Primera Instancia emitió *Sentencia* ordenando el archivo del caso. Posteriormente ante una *Solicitud de Reconsideración* presentada el 4 de marzo de 2024, el foro de origen dejó sin efecto la *Sentencia* dictada previamente emitida, y concedió hasta el 19 de marzo de 2024 para presentar la documentación necesaria para el proceso de incapacidad y tutela requerido por el Procurador de Asuntos de la Familia.[6]

No empece a eso, el 6 de mayo de 2024 y notificada el 7 de mayo del mismo año, el foro primario emitió una *Orden* concediendo veinte (20) días para que las partes emitieran el estado de los procedimientos. El foro sentenciador indicó que, de no cumplir con la *Orden*, se desestimaría el caso de epígrafe sin perjuicio. El término venció el 24 de junio de 2024 sin que surgiera información del estado de dicho procedimiento. El 8 de julio de 2024 emitida y notificada ese mismo día, el foro primario dictó *Sentencia* desestimando el caso sin perjuicio.[7]

---

[4] Apéndice IV del Recurso de Apelación, págs. 9-27
[5] Apéndice IV del Recurso de Apelación, pág. 16
[6] Apéndice I del Recurso de Apelación, págs. 1-3.
[7] *Íd.*

La señora Valdés Vergara presentó una *Moción de Reconsideración* el 22 de julio de 2024. En esencia, argumentó que bajo la Regla 39.2 de Procedimiento Civil, 32 LPRA Ap. V., R. 39.2 no procedía la desestimación por incumplimiento con las órdenes sino que lo que procedía era una sanción a la parte, entre otros argumentos.[8] El Tribunal declaró la misma *No Ha Lugar*.[9]

Inconforme, el 22 de junio de 2017, la señora Valdés Vergara compareció ante este Tribunal de Apelaciones mediante el presente recurso de Apelación y formuló el siguiente señalamiento de error:

> Erró el TPI al desestimar la petición como sanción al incumplimiento de su orden en las circunstancias de este caso.

El 16 de septiembre de 2024, este Tribunal emitió una *Resolución* donde se le ordenó a la parte apelante, que acreditara en o antes del **17 de septiembre de 2024**, haber notificado copia del Recurso de Apelación, al presunto incapaz, es decir el señor Vergara Ramos, al Procurador General y al Tribunal de Primera Instancia, conforme a lo dispuesto en la Regla 13 (B) y 14 (B) de nuestro Reglamento, 4 LPRA Ap. XXIIB, R. 13 (B) y R. 14 (B). Se le apercibió a la señora Valdés Vergara, que el incumplimiento con dicha *Resolución* conllevaría la desestimación del Recurso.

## -II-

El Reglamento del Tribunal de Apelaciones dispone que este foro podrá, *motu proprio*, en cualquier momento, desestimar un recurso porque no se haya perfeccionado conforme a la ley y a las reglas aplicables Regla 83 (B) y (C) del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 83 (B) y (C). Cónsono con lo previamente expuesto, desestimar el recurso por incumplir con la Regla 83 (B) (3) y (C) del Reglamento del Tribunal de Apelaciones.

---

[8] Apéndice II del Recurso de Apelación, págs. 4-7.
[9] Apéndice III del Recurso de Apelación, pág. 8

### -III-

Pasado y vencido el término brindado, sin haber solicitado prórroga alguna sobre la *Resolución* emitida, la señora Valdés Vergara compareció mediante *Moción Sobre Cumplimiento de Orden* **el 26 de septiembre de 2024**. Informó que, notificó al Procurador General y al Tribunal de Primera Instancia, Sala Superior de Bayamón. No se desprende de la precitada moción que se le notificara el presente recurso al señor Vergara Ramos.

La señora Valdés Vergara no cumplió con lo dispuesto en la Resolución emitida, por los fundamentos antes expuestos, *se desestima* el presente recurso por estar en contravención con las disposiciones de la Regla 83 (B) (3) y (C) del Reglamento del Tribunal de Apelaciones, *supra.*

### -IV-

Por los fundamentos expuestos, los que hacemos formar parte de este dictamen, *se desestima* el presente recurso de apelación.

Lo acordó y manda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.


Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones